FILED
2015 May-05 PM 12:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

JWV/MSB: May 2015

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES WALKER DUNNAVANT | ) |

## INFORMATION

**COUNT ONE:** **[18 U.S.C. § 2241(c)]**

The United States Attorney charges that:

In or about April, 2013, in Madison County, within the Northern District of Alabama, the defendant,

**CHARLES WALKER DUNNAVANT,**

did knowingly cross a state line with the intent to engage in a sexual act with another person who had not attained the age of 12 years, in violation of Title 18, United States Code, Section 2241(c).

## Notice of Forfeiture

## [18 U.S.C. § 2253(a)(1), and (a)(3)]

As a result of the foregoing offense alleged in Count One of this

1

Information, the defendant,

**CHARLES WALKER DUNNAVANT,**

shall forfeit to the United States any visual depiction described in Title 18, United States Code, Sections 2251, 2252, 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, including but not limited to, computers and computer related equipment seized from his home.

JOYCE WHITE VANCE
United States Attorney


*/s/ electronic signature*
MARY STUART BURRELL
Assistant United States Attorney