AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:15-cr-118-MHH-JEO |
| Charles Walker Dunnavant | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: May 12, 2015

*Defendant's signature*

*Signature of defendant's attorney*

Brian M. White
*Printed name of defendant's attorney*

*Judge's signature*

Harwell G. Davis, III, U.S. Magistrate Judge
*Judge's printed name and title*